# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff

v.

ALTAGRACIA J. PENA,
    Defendant.

CRIMINAL NO.: 23-459 (RAM)

## UNITED STATES OF AMERICA'S MOTION FOR PRELIMINARY ORDER OF FORFEITURE

TO THE HONORABLE COURT:

COMES NOW, the United States of America and submits:

1. On August 26, 2025, defendant Altagracia J. Peña pled guilty to Count One of the Indictment pursuant to her plea agreement. As part of her plea agreement, she forfeited to the United States her interest in $37,400 in U.S. currency.[1] *See* ECF No. 34

2. The United States is now seeking a Preliminary Order of Forfeiture as to the currency. To dispose of the currency, a Preliminary Order of Forfeiture and a Final Order of Forfeiture are required.

3. Upon the issuance of a Preliminary Order of Forfeiture, the United States will publish notice of the Order on the official government internet site, (www.forfeiture.gov), as required by 21 U.S.C.§ 853(n). Notice of this Order will include notice of the Federal Bureau of Investigation (FBI) and the United States Marshals Service's (USMS) intent

---

[1] The Court has jurisdiction pursuant to 18 U.S.C. § 982(a)(1), 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure to order the defendant, as part of his sentence, to forfeit the property to the United States.

*Criminal No.: 23-459 (RAM)*

to dispose of the currency in a manner directed by the Attorney General. The United States will send direct notice to any person, having or claiming a legal interest in the currency, advising such person of his or her right to file a petition with the Court to contest the forfeiture in accordance with 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure. Copy of any petition should be served on Assistant United States Attorney, Seth A. Erbe, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice will state that any petition requested is to be for a hearing to adjudicate the validity of the petitioner's alleged interest in currency; must be signed by the petitioner under penalty of perjury; and must set forth the nature and extent of the petitioner's rights, title or interest in the forfeited currency, as well as any additional facts supporting the petitioner's claim and the relief sought.

WHEREFORE, the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture forfeiting to the United States the $37,400 in U.S. currency and in addition, order the FBI and the USMS to maintain custody of the currency.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 3rd day of September 2025.

W. STEPHEN MULDROW
United States Attorney

s/Seth A. Erbe
Seth A. Erbe
Assistant United States Attorney
U.S.D.C. No.: 220807
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918
Tel: 787-766-5656
Email: seth.a.erbe@usdoj.gov

*Criminal No.: 23-459 (RAM)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date, September 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system.

s/Seth A. Erbe
Seth A. Erbe
Assistant United States Attorney
